UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAYLEE BIBER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CC SERVICES, INC., a Delaware corporation; dba COUNTRY Financial; and JEREMY PETERSON;<br><br>　　　　　　Defendants. | Case No.: 3:25-cv-00391-ART-CSD<br><br>**ORDER GRANTING**<br><br>**AMENDED STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CC SERVICES, INC.'S PARTIAL MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　Pursuant to Local Rule 7-1, Plaintiff BAYLEE BIBER, Defendant CC SERVICES, INC., and Defendant JEREMY PETERSON, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

　　　　1.　　On July 31, 2025, Plaintiff filed her Complaint;

　　　　2.　　On September 25, 2025, Defendant Jeremy Peterson filed his Answer to the Complaint;

　　　　3.　　On September 25, 2025, Defendant CC Services, Inc. filed its Partial Motion to Dismiss;

　　　　4.　　The current deadline for Plaintiff to file her response to the Partial Motion to

Dismiss is October 9, 2025;

5. Plaintiff has requested additional time to file her Response to the Partial Motion to Dismiss **up to and including October 23, 2025**.

6. Defendant CC Services, Inc. does not oppose Plaintiff's requested extension;

7. This stipulation is not made for the purposes of delay.

| WHITEHEAD & WHITEHEAD PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Jonathan J. Whitehead<br>Jonathan J. Whitehead, Esq.<br>Nevada Bar No. 4415<br>10389 Double R Blvd.<br>Reno, Nevada 89521<br>(775) 823-7700<br>jonathan@jjwhitehead.com<br><br>Attorney for Plaintiff | /s/ Wendy M. Krincek, Esq.<br>Wendy M. Krincek, Esq.<br>Nevada Bar No. 6417<br>8474 Rozita Lee Avenue, Suite 200<br>Las Vegas, NV 89133.4770<br>wkrincek@littler.com<br><br>Dominika J. Batten, Esq.<br>Nevada Bar No. 12258<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501.1944<br>dbatten@littler.com<br><br>Attorneys for Defendant CC Services, Inc. |

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire, Esq..
Sandra Ketner, Esq.
Nevada Bar No. 8527
SKenter@SHJNevada.com
Jonathan A. McGuire, Esq.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
690 Sierra Rose Drive
Reno, NV 89511

Attorneys for Defendant Jeremy Peteson

**IT IS SO ORDERED .**

_____
Anne R. Traum
United States District Judge

DATED: October 8, 2025