UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAYLEE BIBER,<br><br>    Plaintiff,<br><br>  vs.<br><br>CC SERVICES, INC., a Delaware corporation; dba COUNTRY Financial; and JEREMY PETERSON;<br><br>    Defendants. | Case No. 3:25-cv-00391-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Baylee Biber and Defendant CC Services, Inc. hereby agree and stipulate to extend the time for Defendant to file a reply in support of its motion to partially dismiss the complaint from the current deadline of October 30, 2025, up to and including **November 13, 2025.**

This is the first request for an extension of time to file their reply. The requested extension is necessary in light of the fact that the motion addresses multiple claims and counsel for

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas
Nevada 89113.4770
702.862.8800

Defendant is currently managing competing deadlines and requires additional time to finalize the reply brief.

    This stipulation is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: October 27, 2025 | Dated: October 27, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Jonathan J. Whitehead | /s/ Dominika J. Batten |
| Jonathan J. Whitehead, Esq.. <br> WHITEHEAD & WHITEHEAD PLLC | Wendy M. Krincek, Esq. <br> Dominika J. Batten, Esq. <br> LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff <br> BAYLEE BIBER | Attorney for Defendant <br> CC SERVICES, INC. |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: <u>October 27, 2025</u>

4926-2673-0101.1 / 066840.1014

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas
Nevada 89113.4770
702.862.8800

2