UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAYLEE BIBER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CC SERVICES, INC., a Delaware corporation; dba COUNTRY Financial; and JEREMY PETERSON;<br><br>　　　　　Defendants. | Case No. 3:25-cv-00391-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　Plaintiff, BAYLEE BIBER and Defendants, CC SERVICES, INC. and JEREMY PETERSON, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

　　　The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: December 5, 2025

Respectfully submitted,

*/s/ Jonathan J. Whitehead, Esq.*
Jonathan J. Whitehead, Esq.
WHITEHEAD & WHITEHEAD PLLC

Attorney for Plaintiff
BAYLEE BIBER

Dated: December 5, 2025

Respectfully submitted,

*/s/ Sandra Ketner, Esq.*
Sandra Ketner, Esq.
SIMONS HALL JOHNSTON, P.C.

Attorney for Defendant
JEREMY PETERSON

Dated: December 5, 2025

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
Wendy M. Krincek, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CC SERVICES, INC.

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated:  December 5, 2025

2